Todd E. Kennedy, Esq. (NV Bar No. 6014)
Black & LoBello
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada 89135
Ph. (702) 869-8801
tkennedy@blacklobello.law

*Attorneys for Defendants The
Boxing Hall of Fame, Inc. and Steven Lott*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL GERARD TYSON p/k/a MIKE TYSON, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>THE BOXING HALL OF FAME, INC, a Nevada corporation, and STEVEN LOTT, an individual,<br><br>    Defendants. | Case No. 2:17-cv-02122-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[Second Request] |

IT IS STIPULATED AND AGREED by counsel for the parties as follows:.

1. Defendants The Boxing Hall of Fame, Inc. and Steven Lott accepted service of the Summons and Complaint through their counsel on November 1, 2017. By stipulation and order submitted on November 6, 2017 (ECF No. 11), the parties agreed that Defendants would answer or otherwise respond to the Complaint on or before November 30, 2017.

2. The parties have engaged in settlement negotiations and wish to further extend the time to respond to the Complaint to allow those negotiations to continue and agree that it is in the interest of judicial efficiency and avoids the unnecessary accumulation of costs and fees to extend the date to respond to the Complaint.

3. Accordingly, the parties stipulate that Defendants shall answer or otherwise respond to the Complaint on or before January 19, 2018.

4. This is the second request for an extension of time to respond to the Complaint.

Dated: November 27, 2017

| BAILEY KENNEDY | BLACK & LOBELLO |
|---|---|
| By: /s/ Kelly B. Stout<br>DENNIS L. KENNEDY<br>Nevada Bar No. 1462<br>KELLY B. STOUT<br>Nevada Bar No. 12105<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1302<br>Telephone: 702.562.8820<br>Facsimile: 702.562.8821<br>DKennedy@BaileyKennedy.com<br>KStout@BaileyKennedy.com | By: /s/ Todd E. Kennedy<br>TODD E. KENNEDY<br>Nevada Bar No. 6014<br>10777 W. Twain Ave, Third Floor<br>Las Vegas, Nevada 89135<br>Telephone: 702.869-8801<br>Facsimile: 702.869.2669<br>tkennedy@blacklobello.law<br><br>Attorneys for Defendants The Boxing Hall of Fame, Inc. and Steven Lott |

And

JONATHAN D. DAVIS
JONATHAN D. DAVIS, P.C.
10 Rockefeller Plaza, Suite 1050
New York, New York 10020
Telephone: 212.687.5464
Facsimile: 212.697.2521
JJD@jddavispc.com

Attorneys for Plaintiff
MICHAEL GERARD TYSON

IT IS SO ORDERED.

_/s/ George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

DATED: November 28, 2017

Page 2 of 2