Todd E. Kennedy, Esq. (NV Bar No. 6014)
Black & LoBello
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada 89135
Ph. (702) 869-8801
tkennedy@blacklobello.law

*Attorneys for Defendants The
Boxing Hall of Fame, Inc. and Steven Lott*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GERARD TYSON p/k/a MIKE TYSON, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>THE BOXING HALL OF FAME, INC, a Nevada corporation, and STEVEN LOTT, an individual,<br><br>    Defendants. | Case No. 2:17-cv-02122-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[Third Request] |

IT IS STIPULATED AND AGREED by counsel for the parties as follows:.

1. Defendants The Boxing Hall of Fame, Inc. and Steven Lott accepted service of the Summons and Complaint through their counsel on November 1, 2017. By stipulation and order submitted on November 6, 2017 (ECF No. 11), the parties agreed that Defendants would answer or otherwise respond to the Complaint on or before November 30, 2017.

2. The parties commenced settlement negotiations and the Court grated a second request to extend the time to respond to the Complaint to January 19, 2018. ECF. No. 14.

3. Good faith settlement negotiations continue between the parties and draft agreements have been exchanged. The parties wish to further extend the time to respond to the Complaint to allow those negotiations to continue. They agree that a further extension is in the interest of judicial efficiency and avoids the unnecessary accumulation of costs and fees.

BLACK & LOBELLO
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669

3. Accordingly, the parties stipulate that Defendants shall answer or otherwise respond to the Complaint on or before Friday, February 9, 2018.

4. This is the third request for an extension of time to respond to the Complaint.

Dated: January 16, 2018\

| BAILEY KENNEDY | BLACK & LOBELLO |
|---|---|
| By: /s/ Kelly B. Stout<br>DENNIS L. KENNEDY<br>Nevada Bar No. 1462<br>KELLY B. STOUT<br>Nevada Bar No. 12105<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1302<br>Telephone: 702.562.8820<br>Facsimile: 702.562.8821<br>DKennedy@BaileyKennedy.com<br>KStout@BaileyKennedy.com | By: /s/ Todd E. Kennedy<br>TODD E. KENNEDY<br>Nevada Bar No. 6014<br>10777 W. Twain Ave, Third Floor<br>Las Vegas, Nevada 89135<br>Telephone: 702.869-8801<br>Facsimile: 702.869.2669<br>tkennedy@blacklobello.law<br><br>Attorneys for Defendants The Boxing Hall of Fame, Inc. and Steven Lott |

And

JONATHAN D. DAVIS
JONATHAN D. DAVIS, P.C.
10 Rockefeller Plaza, Suite 1050
New York, New York 10020
Telephone: 212.687.5464
Facsimile: 212.697.2521
JJD@jddavispc.com

Attorneys for Plaintiff
MICHAEL GERARD TYSON

IT IS SO ORDERED.

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

DATED: January 17, 2018