1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  KELLY B. STOUT
   Nevada Bar No. 12105
3  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148-1302
   Telephone: 702.562.8820
5  Facsimile: 702.562.8821
   DKennedy@BaileyKennedy.com
6  KStout@BaileyKennedy.com

7  JONATHAN D. DAVIS
   *(Admitted Pro Hac Vice)*
8  **JONATHAN D. DAVIS, P.C.**
   10 Rockefeller Plaza, Suite 1015
9  New York, NY 10020
   Telephone: 212.687.5464
10 Facsimile: 212.697.2521
   jdd@jddavispc.com

*Attorneys for Plaintiff*
Michael Gerard Tyson p/k/a Mike Tyson

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GERARD TYSON p/k/a MIKE TYSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE BOXING HALL OF FAME, INC., a Nevada corporation, and STEVEN LOTT, an individual,<br><br>Defendants. | Case No. 2:17-cv-02122-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>(Fourth Request) |

IT IS STIPULATED AND AGREED by counsel for the parties as follows:

1. Defendants The Boxing Hall of Fame, Inc. and Steven Lott accepted service of the Summons and Complaint through their counsel on November 1, 2017. By stipulation and order submitted on November 6, 2017 (ECF No. 11), the parties agreed that Defendants would answer or otherwise respond to the Complaint on or before November 30, 2017.

2. The parties commenced settlement negotiations and the Court granted a second request to extend the time to respond to the Complaint to January 19, 2018 (ECF. No. 14). The

parties submitted a third stipulated request on January 16, 2018 (ECF No. 15) extending the time until February 9, 2018, which the Court approved on January 18, 2018 (ECF No. 16).

3. Good faith settlement negotiations continue between the parties and new draft settlement agreements have recently been exchanged. The parties wish to further extend Defendants' time to respond to the Complaint to allow those negotiations to continue. They agree that a further extension is in the interest of judicial efficiency and avoids the unnecessary accumulation of costs and fees.

3. Accordingly, the parties stipulate that Defendants shall answer or otherwise respond to the Complaint on or before Friday, March 9, 2018.

4. This is the fourth request for an extension of time to respond to the Complaint.

Dated: February 8, 2018.

| BAILEY ❖ KENNEDY | BLACK & LOBELLO |
|---|---|
| By: /s/ Kelly B. Stout<br>DENNIS L. KENNEDY<br>Nevada Bar No. 1462<br>KELLY B. STOUT<br>Nevada Bar No. 12105<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1302<br>Telephone: 702.562.8820<br>Facsimile: 702.562.8821<br>DKennedy@BaileyKennedy.com<br>KStout@BaileyKennedy.com<br><br>And<br>JONATHAN D. DAVIS<br>JONATHAN D. DAVIS, P.C.<br>10 Rockefeller Plaza, Suite 1050<br>New York, New York 10020<br>Telephone: 212.687.5464<br>Facsimile: 212.697.2521<br>JJD@jddavispc.com<br><br>Attorneys for Plaintiff<br>MICHAEL GERARD TYSON | By: /s/ Todd E. Kennedy<br>TODD E. KENNEDY<br>Nevada Bar No. 6014<br>10777 W. Twain Ave, Third Floor<br>Las Vegas, Nevada 89135<br>Telephone: 702.869-8801<br>Facsimile: 702.869.2669<br>tkennedy@blacklobello.law<br><br>Attorneys for Defendants The Boxing Hall of Fame, Inc. and Steven Lott |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 9, 2018