| | |
|---|---|
| 1 | Todd E. Kennedy, Esq. (NV Bar No. 6014) |
| | Black & LoBello |
| 2 | 10777 West Twain Avenue, Third Floor |
| | Las Vegas, Nevada 89135 |
| 3 | Ph. (702) 869-8801 |
| | tkennedy@blacklobello.law |
| 4 | |

*Attorneys for Defendants The*
*Boxing Hall of Fame, Inc. and Steven Lott*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL GERARD TYSON p/k/a MIKE TYSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE BOXING HALL OF FAME, INC, a Nevada corporation, and STEVEN LOTT, an individual,<br><br>Defendants. | Case No. 2:17-cv-02122-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[Fifth Request] |

IT IS STIPULATED AND AGREED by counsel for the parties as follows:

1. Defendants The Boxing Hall of Fame, Inc. and Steven Lott accepted service of the Summons and Complaint through their counsel on November 1, 2017. By stipulation and order submitted on November 6, 2017 (ECF No. 11), the parties agreed that Defendants would answer or otherwise respond to the Complaint on or before November 30, 2017.

2. The parties commenced settlement negotiations and the Court granted a second request to extend the time to respond to the Complaint to January 19, 2018 (ECF. No. 14). The parties submitted a third stipulated request on January 16, 2018 (ECF No. 15) extending the time until February 9, 2018, which the Court approved on January 18, 2018 (ECF No. 16). The parties stipulated again on February 8, 2018 (ECF No. 17) extending the time to March 9, 2018, which the Court granted on February 9, 2018 (ECF No. 18).

3. Good faith settlement negotiations continue between the parties and new draft settlement agreements have recently been exchanged. The parties wish to further extend Defendants' time to respond to the Complaint to allow those negotiations to continue. They agree that a further extension is in the interest of judicial efficiency and avoids the unnecessary accumulation of costs and fees.

3. Accordingly, the parties stipulate that Defendants shall answer or otherwise respond to the Complaint on or before Monday, April 9, 2018.

4. This is the fifth request for an extension of time to respond to the Complaint.

Dated: March 8, 2018.

BAILEY KENNEDY

By: /s/ Kelly B. Stout
    DENNIS L. KENNEDY
    Nevada Bar No. 1462
    KELLY B. STOUT
    Nevada Bar No. 12105
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302
    Telephone: 702.562.8820
    Facsimile: 702.562.8821
    DKennedy@BaileyKennedy.com
    KStout@BaileyKennedy.com

JONATHAN D. DAVIS
JONATHAN D. DAVIS, P.C.
10 Rockefeller Plaza, Suite 1050
New York, New York 10020
Telephone: 212.687.5464
Facsimile: 212.697.2521
JJD@jddavispc.com

Attorneys for Plaintiff
MICHAEL GERARD TYSON

BLACK & LOBELLO

By: /s/ Todd E. Kennedy
    TODD E. KENNEDY
    Nevada Bar No. 6014
    10777 W. Twain Ave, Third Floor
    Las Vegas, Nevada 89135
    Telephone: 702.869-8801
    Facsimile: 702.869.2669
    tkennedy@blacklobello.law

Attorneys for Defendants The Boxing Hall of Fame, Inc. and Steven Lott

IT IS SO ORDERED.

_/s/ George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

DATED: March 9, 2018