Todd E. Kennedy, Esq. (NV Bar No. 6014)
Black & LoBello
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada 89135
Ph. (702) 869-8801
tkennedy@blacklobello.law

*Attorneys for Defendants The
Boxing Hall of Fame, Inc. and Steven Lott*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GERARD TYSON p/k/a MIKE TYSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE BOXING HALL OF FAME, INC, a Nevada corporation, and STEVEN LOTT, an individual,<br><br>Defendants. | Case No. 2:17-cv-02122-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[Sixth Request] |

IT IS STIPULATED AND AGREED by counsel for the parties as follows:

1. Defendants The Boxing Hall of Fame, Inc. and Steven Lott accepted service of the Summons and Complaint through their counsel on November 1, 2017. By stipulation and order submitted on November 6, 2017 (ECF No. 11), the parties agreed that Defendants would answer or otherwise respond to the Complaint on or before November 30, 2017.

2. The parties commenced settlement negotiations and the Court granted a second request to extend the time to respond to the Complaint to January 19, 2018 (ECF. No. 14). The parties submitted a third stipulated request on January 16, 2018 (ECF No. 15) extending the time until February 9, 2018, which the Court approved on January 18, 2018 (ECF No. 16). The parties stipulated again on February 8, 2018 (ECF No. 17) extending the time to March 9, 2018, which the Court granted on February 9, 2018 (ECF No. 18) and again on March 8, 2018 (ECF. No. 19, extending the time to April 9, 2019 (ECF No. 20).

BLACK & LOBELLO
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669

3. Good faith settlement negotiations continue between the parties and the agreements near finalization. The parties are working diligently to finalize the remaining details and wish to further extend Defendants' time to respond to the Complaint to allow those negotiations to continue. They agree that a further extension is in the interest of judicial efficiency and avoids the unnecessary accumulation of costs and fees.

3. Accordingly, the parties stipulate that Defendants shall answer or otherwise respond to the Complaint on or before Wednesday, May 9, 2018.

4. This is the sixth request for an extension of time to respond to the Complaint.

Dated: April 6, 2018.

| BAILEY KENNEDY | BLACK & LOBELLO |
|---|---|
| By: /s/ Dennis L. Kennedy<br>DENNIS L. KENNEDY<br>Nevada Bar No. 1462<br>KELLY B. STOUT<br>Nevada Bar No. 12105<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1302<br>Telephone: 702.562.8820<br>Facsimile: 702.562.8821<br>DKennedy@BaileyKennedy.com<br>KStout@BaileyKennedy.com<br><br>JONATHAN D. DAVIS<br>JONATHAN D. DAVIS, P.C.<br>10 Rockefeller Plaza, Suite 1050<br>New York, New York 10020<br>Telephone: 212.687.5464<br>Facsimile: 212.697.2521<br>JJD@jddavispc.com<br><br>Attorneys for Plaintiff<br>MICHAEL GERARD TYSON | By: /s/ Todd E. Kennedy<br>TODD E. KENNEDY<br>Nevada Bar No. 6014<br>10777 W. Twain Ave, Third Floor<br>Las Vegas, Nevada 89135<br>Telephone: 702.869-8801<br>Facsimile: 702.869.2669<br>tkennedy@blacklobello.law<br><br>Attorneys for Defendants The Boxing Hall of Fame, Inc. and Steven Lott |

IT IS SO ORDERED.

*/s/ George Foley Jr.*

UNITED STATES MAGISTRATE JUDGE

DATED: April 16, 2018