Todd E. Kennedy, Esq.
Nevada Bar No. 6014
**KENNEDY & COUVILLIER, PLLC**
3271 E. Twain Ave.
Las Vegas, NV 89120
Tel: (702) 605-3440
Fax: (702) 625-6367
mcouvillier@kclawnv.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KENNEDY & COUVILLIER, PLLC
3271 E. Twain Ave. ◆ Las Vegas, NV 89120
Ph. (702) 605-3440 ◆ FAX: (702) 625-6367
www.kclawnv.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL GERARD TYSON p/k/a MIKE TYSON, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE BOXING HALL OF FAME, INC, a Nevada corporation, and STEVEN LOTT, an individual,<br><br>                    Defendants. | Case No. 2:17-cv-02122-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[Seventh Request] |

IT IS STIPULATED AND AGREED by counsel for the parties as follows:

1.      Defendants The Boxing Hall of Fame, Inc. and Steven Lott accepted service of the Summons and Complaint through their counsel on November 1, 2017. By stipulation and order submitted on November 6, 2017 (ECF No. 11), the parties agreed that Defendants would answer or otherwise respond to the Complaint on or before November 30, 2017.

2.      The parties commenced settlement negotiations and the Court granted a second request to extend the time to respond to the Complaint to January 19, 2018 (ECF. No. 14). The parties submitted a third stipulated request on January 16, 2018 (ECF No. 15) extending the time until February 9, 2018, which the Court approved on January 18, 2018 (ECF No. 16). The parties stipulated a fourth time on February 8, 2018 (ECF No. 17) extending the time to March 9, 2018, which the Court granted on February 9, 2018 (ECF No. 18). The fifth and sixth extensions

were sought and granted by the Court on March 9, 2018 (ECF No. 20) and April 16, 2018 (ECF No. 22), extending the time to submit a respond to May 9, 2018.

3.      Good faith settlement negotiations continue between the parties and final drafts for execution are nearly complete.  It is anticipated that this extension will be the last one needed.  The parties wish to further extend Defendants' time to respond to the Complaint to allow those negotiations to continue.  They agree that a further extension is in the interest of judicial efficiency and avoids the unnecessary accumulation of costs and fees.

3.      Accordingly, the parties stipulate that Defendants shall answer or otherwise respond to the Complaint on or before Friday, June 8, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KENNEDY & COUVILLIER, PLLC
3271 E. Twain Ave. ◆ Las Vegas, NV 89120
Ph. (702) 605-3440 ◆ FAX: (702) 625-6367
www.kclawnv.com

4.      This is the seventh request for an extension of time to respond to the Complaint.

Dated: May 8, 2018.

BAILEY KENNEDY                                   KENNEDY & COUVILLIER

By: /s/ Kelly B. Stout                           By: /s/ Todd E. Kennedy
    DENNIS L. KENNEDY                            TODD E. KENNEDY
    Nevada Bar No. 1462                          Nevada Bar No. 6014
    KELLY B. STOUT                               3271 W. Warm Springs Rd.
    Nevada Bar No. 12105                         Las Vegas, Nevada 89120
    8984 Spanish Ridge Avenue                    Telephone:  702.605.3440
    Las Vegas, Nevada 89148-1302                 Facsimile:  702.625.6367
    Telephone: 702.562.8820                      tkennedy@kclawnv.com
    Facsimile: 702.562.8821
    DKennedy@BaileyKennedy.com                   Attorneys for Defendants The
    KStout@BaileyKennedy.com                     Boxing Hall of Fame, Inc. and
                                                 Steven Lott
    JONATHAN D. DAVIS
    JONATHAN D. DAVIS, P.C.
    10 Rockefeller Plaza, Suite 1050
    New York, New York 10020
    Telephone: 212.687.5464
    Facsimile: 212.697.2521
    JJD@jddavispc.com

    Attorneys for Plaintiff
    MICHAEL GERARD TYSON

IT IS SO ORDERED.

_George Foley Jr._
_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5-9-2018 _____