Todd E. Kennedy, Esq.
Nevada Bar No. 6014
**KENNEDY & COUVILLIER, PLLC**
3271 E. Twain Ave.
Las Vegas, NV 89120
Tel: (702) 605-3440
Fax: (702) 625-6367
mcouvillier@kclawnv.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GERARD TYSON p/k/a MIKE TYSON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> THE BOXING HALL OF FAME, INC, a Nevada corporation, and STEVEN LOTT, an individual, <br><br> Defendants. | Case No. 2:17-cv-02122-RFB-GWF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> [Eighth Request] |

IT IS STIPULATED AND AGREED by counsel for the parties as follows:

1. Defendants The Boxing Hall of Fame, Inc. and Steven Lott accepted service of the Summons and Complaint through their counsel on November 1, 2017. By stipulation and order submitted on November 6, 2017 (ECF No. 11), the parties agreed that Defendants would answer or otherwise respond to the Complaint on or before November 30, 2017.

2. The parties commenced settlement negotiations and the Court granted a second request to extend the time to respond to the Complaint to January 19, 2018 (ECF. No. 14). The parties submitted a third stipulated request on January 16, 2018 (ECF No. 15) extending the time until February 9, 2018, which the Court approved on January 18, 2018 (ECF No. 16). The parties stipulated a fourth time on February 8, 2018 (ECF No. 17) extending the time to March 9, 2018, which the Court granted on February 9, 2018 (ECF No. 18). The fifth and sixth extensions

were sought and granted by the Court on March 9, 2018 (ECF No. 20) and April 16, 2018 (ECF No. 22), extending the time to submit a respond to May 9, 2018.  What was thought to be the last extension needed was requested by the parties on May 8, 2018 (ECF. No. 25) and granted by the Court on May 9, 2018, extending the time to June 8, 2018 (ECF. No. 26).

3. Good faith settlement negotiations continue between the parties and final drafts for execution are nearly complete but it has taken longer than expected to circulate a proposed final settlement agreement. The parties wish to further extend Defendants' time to respond to the Complaint to allow those negotiations to continue.  They agree that a further extension is in the interest of judicial efficiency and avoids the unnecessary accumulation of costs and fees.

3. Accordingly, the parties stipulate that Defendants shall answer or otherwise respond to the Complaint on or before Friday, July 13, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KENNEDY & COUVILLIER, PLLC
3271 E. Twain Ave. ♠ Las Vegas, NV 89120
Ph. (702) 605-3440 ♠ FAX: (702) 625-6367
www.kclawnv.com

4. This is the eighth request for an extension of time to respond to the Complaint.

Dated: June 8, 2018.

| BAILEY KENNEDY | BLACK & LOBELLO |
|---|---|
| By: /s/ Kelly B. Stout<br>DENNIS L. KENNEDY<br>Nevada Bar No. 1462<br>KELLY B. STOUT<br>Nevada Bar No. 12105<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1302<br>Telephone: 702.562.8820<br>Facsimile: 702.562.8821<br>DKennedy@BaileyKennedy.com<br>KStout@BaileyKennedy.com<br><br>JONATHAN D. DAVIS<br>JONATHAN D. DAVIS, P.C.<br>10 Rockefeller Plaza, Suite 1050<br>New York, New York 10020<br>Telephone: 212.687.5464<br>Facsimile: 212.697.2521<br>JJD@jddavispc.com<br><br>Attorneys for Plaintiff<br>MICHAEL GERARD TYSON | By: /s/ Todd E. Kennedy<br>TODD E. KENNEDY<br>Nevada Bar No. 6014<br>10777 W. Twain Ave, Third Floor<br>Las Vegas, Nevada 89135<br>Telephone: 702.869-8801<br>Facsimile: 702.869.2669<br>tkennedy@blacklobello.law<br><br>Attorneys for Defendants The Boxing Hall of Fame, Inc. and Steven Lott |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-11-2018