| | |
|---|---|
| 1 | DENNIS L. KENNEDY |
| | Nevada Bar No. 1462 |
| 2 | KELLY B. STOUT |
| | Nevada Bar No. 12105 |
| 3 | **BAILEY❖KENNEDY** |
| | 8984 Spanish Ridge Avenue |
| 4 | Las Vegas, Nevada 89148-1302 |
| | Telephone: 702.562.8820 |
| 5 | Facsimile: 702.562.8821 |
| | DKennedy@BaileyKennedy.com |
| 6 | KStout@BaileyKennedy.com |

JONATHAN D. DAVIS
*(Admitted Pro Hac Vice)*
**JONATHAN D. DAVIS, P.C.**
10 Rockefeller Plaza, Suite 1015
New York, NY 10020
Telephone: 212.687.5464
Facsimile: 212.697.2521
jdd@jddavispc.com

Attorneys for Plaintiff
Michael Gerard Tyson p/k/a Mike Tyson

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GERARD TYSON p/k/a MIKE TYSON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> THE BOXING HALL OF FAME, INC., a Nevada corporation, and STEVEN LOTT, an individual, <br><br> Defendants. | Case No. 2:17-cv-02122-RFB-GWF |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties in the above-captioned action, that, pursuant to Fed. R. Civ. P. 41(a), this action is hereby dismissed without prejudice against Boxing Hall of Fame, Inc. and Steven Lott. It is further agreed that each party shall bear its own costs and attorney's fees.

| | |
|---|---|
| BAILEY KENNEDY | BLACK & LOBELLO |
| By: /s/ Kelly B. Stout<br>　　DENNIS L. KENNEDY<br>　　Nevada Bar No. 1462<br>　　KELLY B. STOUT<br>　　Nevada Bar No. 12105<br>　　8984 Spanish Ridge Avenue<br>　　Las Vegas, Nevada 89148-1302<br>　　Telephone: 702.562.8820<br>　　Facsimile: 702.562.8821<br>　　DKennedy@BaileyKennedy.com<br>　　KStout@BaileyKennedy.com | By: /s/ Todd E. Kennedy<br>　　TODD E. KENNEDY<br>　　Nevada Bar No. 6014<br>　　10777 W. Twain Ave, Third Floor<br>　　Las Vegas, Nevada 89135<br>　　Telephone: 702.869-8801<br>　　Facsimile: 702.869.2669<br>　　tkennedy@blacklobello.law<br><br>*Attorneys for Defendants The Boxing Hall of Fame, Inc. and Steven Lott* |

　　　-and-

JONATHAN D. DAVIS
JONATHAN D. DAVIS, P.C.
10 Rockefeller Plaza, Suite 1050
New York, New York 10020
Telephone: 212.687.5464
Facsimile: 212.697.2521
jdd@jddavispc.com

*Attorneys for Plaintiff*
MICHAEL GERARD TYSON

　　　　　　　　　　　　IT IS SO ORDERED.

　　　　　　　　　　　_____
　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　DATED this 18th day of July, 2018.